```
PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 10-70382 RE |
| **JUAN JIMENEZ JASSO and MARIA LUCILA MENDOZA,** | Chapter 13 |
| **Debtors.** | **DECLARATION OF DEBTOR IN SUPPORT OF DEBTORS' MOTION TO VALUE LIEN** |

I, Maria Mendoza, declare:

1. I am one of the debtors in the above-captioned case.

2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

3. At the time I filed my chapter 13 case, on September 10, 2010, I was the owner of the real property located at 1255 62nd Street, Emeryville, CA 94608 (the "property").

4. I am informed and believe that on the date I filed my case, my property was worth approximately $200,000.

5. The property is encumbered by a First Deed of Trust in favor of JPMorgan Chase Bank, NA in the sum of $391,932.00, as evidenced by

my Schedule D, a copy of which is attached as Exhibit A and made a part hereof.

6. Bank of America, NA is the beneficiary of a Second Deed of Trust against the property in the sum of $78,326.71, as evidenced by its proof of claim filed on October 22, 2010 a copy of which is attached as Exhibit B and made a part hereof.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 10, 2010  /s/ Maria Mendoza
　　　　　　　　　　　　　　　　　　MARIA MENDOZA