```
1  PATRICK L. FORTE, #80050
   CORRINE BIELEJESKI, #244599           The following constitutes
2  LAW OFFICES OF PATRICK L. FORTE       the order of the court. Signed February 07, 2011
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354             _____
                                               Roger L. Efremsky
5  Attorneys for Debtors                       U.S. Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                          Case No. 10-70382 RE

**JUAN JIMENEZ JASSO and**                      Chapter 13
**MARIA LUCILA MENDOZA,**
                 Debtors.
                                                **ORDER VALUING LIEN OF BANK OF**
                                                **AMERICA, NA**
_____/

    On November --, 2010, Juan Jasso and Maria Mendoza (hereinafter Debtors) served a motion to value the lien of Bank of America, NA (hereinafter Lienholder) against the property commonly known as 1255 62nd Street, Emeryville, CA 94608, which lien was recorded in Alameda County on or about December 20, 2007 as document 2007427737 (hereinafter the Lien).

    The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

    (1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

COURT SERVICE LIST

Law Offices of Patrick L. Forte
One Kaiser Plaza, Suite 480
Oakland, CA 94612

Juan Jasso and Maria Mendoza
1255 62nd Street
Emeryville, CA 94608

Attn: Officer
Bank of America, NA
101 S Tyron Street
Charlotte, NC 28202

Attn: Officer
Bank of America, NA
c/o C T Corporation System
818 W 7th Street
Los Angeles, CA 90017

Attn: Officer
Bank of America, NA
P.O. Box 26012, NC4-105-02-99
Greensboro, NC 27420

Attn: Officer
JP Morgan Chase Bank, NA
1111 Polaris Pkwy
Columbus, Ohio 43240

Attn: Officer
JP Morgan Chase Bank, NA
c/o CT Corporation Service
818 West Seventh Street
Los Angeles, CA 90017

GE Money Bank
c/o Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Bank of America, NA
Attn: Lawrence J. Buckley
P.O. Box 829009
Dallas, TX 75382-9009