FM 210A (10/06)

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: §
§ CASE NO. 10-70382
§
JUAN JIMENEZ JASSO AND MARIA §
LUCILA MENDOZA §
    DEBTOR

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Bayview Loan Servicing, LLC** | **JPMorgan Chase Bank, NA** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
Should be sent:

**M&T Bank, PO Box 840, Buffalo, NY  14240-0840**

Phone: **866-709-3400**

Court Claim # (if known):11
Amount of Claim:438170.04
Date Claim Filed:02/16/2011

Last Four Digits of Acct #: **xxxxx3209**

Name and Address where transferee payments should
be sent (if different from above):

**M&T Bank  PO Box 1288  Buffalo, NY  14240-1288**

Phone: 888-332-3412
Last Four Digits of Acct #: **xxxxx3516**

Phone: **866-709-3400**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Keena Newmark_                    Date: _5/7/14_

Authorized Agent for Bayview Loan Servicing, LLC

*Penalty of making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571*

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the ___ day of May 2014 via electronic notice unless otherwise stated:

**Debtor's Attorney Information**

**PATRICK L. FORTE**

1 Kaiser Plz Ste 480

Oakland, CA 94612-3686

**Debtors Information**

**JUAN JASSO**

1255  62nd St

Emeryville, CA 94608-2106

**Maria Lucila Mendoza**

1255  62nd St

Emeryville, CA 946082106

**Chapter 13 Trustee Information**

**MARTHA G. BRONITSKY**

PO Box 9077

Pleasanton, CA 94566-9077

Respectfully Submitted,