JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4810

Attorneys for Bayview Loan Servicing, LLC, its assignees and/or successors by and through its servicing agent M&T Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 10-70382 E |
| **Maria Lucila Mendoza** | § | |
| **Juan Jimenez Jasso** | § | Chapter: 13 |
| | § | |
| Debtors | § | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Bayview Loan Servicing, LLC, its assignees and/or successors by and through its servicing agent M&T Bank in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
(877) 369-6122

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Bayview Loan Servicing, LLC and/or M&T Bank must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 5/19/2014                              McCarthy & Holthus, LLP

                                              By: /s/ Jennifer C. Wong
                                                  Jennifer C. Wong, Esq.,
                                                  Attorney for Bayview Loan Servicing, LLC by
                                                  and through its servicing agent M&T Bank

M&H File No. CA-14-99925

JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4810

Attorneys for Bayview Loan Servicing, LLC, its assignees and/or successors by and through its servicing agent M&T Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Maria Lucila Mendoza<br>Juan Jimenez Jasso,<br><br>      Debtors. | Case No. 10-70382 E<br><br>Chapter 13<br><br><br>**CERTIFICATE OF SERVICE**<br><br><br><br><br><br>Judge: Roger L. Efremsky |

1

# CERTIFICATE OF SERVICE

On 5/19/2014, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR(S)
Juan Jimenez Jasso, 1255 62nd Street, Emeryville, CA 94608

Maria Lucila Mendoza, 1255 62nd Street, Emeryville, CA 94608

DEBTOR(S) COUNSEL
Patrick L. Forte, Law Offices of Patrick L. Forte, 1 Kaiser Plaza #480, Oakland, CA 94612

TRUSTEE
Martha G. Bronitsky, P.O. Box 9077, Pleasanton, CA 94566

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 5/19/2014    /s/ David Fry
                    David Fry