```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 10-70382 RLE** |
| **JUAN JIMENEZ JASSO and MARIA LUCILA MENDOZA,** | **Chapter 13** |
| Debtors. | **MOTION TO MODIFY CHAPTER 13 PLAN** |

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

Commencing June 2014, debtors will pay $1,195.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: To make the Chapter 13 plan feasible.

Dated: June 20, 2014

                                          /s/ Anne Y. Shiau
                                          ANNE Y. SHIAU
                                          Attorney for Debtors

Case: 10-70382   Doc# 37   Filed: 06/20/14   Entered: 06/20/14 15:06:51   Page 1 of 1